**Opinion issued July 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00413-CV

———————————

**BARON REAL PROPERTY HOLDINGS LLC AND TSQUARE APTS LLC, Appellants**

**V.**

**AMLI/BPMT TOWNE SQUARE PARTNERSHIP, AMLI RESIDENTIAL PROPERTIES, L.P., AMLI RESIDENTIAL PARTNERS LLC, AND AMLI MANAGEMENT COMPANY, Appellees**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2017-24217**

## MEMORANDUM OPINION

On August 15, 2023, we abated this appeal and referred the parties to mediation. The abatement was continued at the parties' request to allow the parties to finalize a settlement. Appellants have now filed an unopposed motion to dismiss

their appeal and further request that this Court assess costs against the party that incurred them. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1), (d). No opinion has issued. *See id.* 42.1(c).

Accordingly, we reinstate the case, grant the motion, and dismiss the appeal, with costs to be taxed against the party who incurred the same. *See id.* 42.1(a)(1), (d), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.